# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155391

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

JOHN LEE WIECZOREK,
            Defendant-Appellant.

SC: 155391
COA: 334282
Macomb CC: 2004-003466-FC

_____/

On order of the Court, the application for leave to appeal the February 2, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. For purposes of MCR 6.502(G)(1), the Court notes that, although the defendant's motion has been styled as a motion for relief from judgment by the Macomb Circuit Court, it should not be regarded as a motion for relief from judgment in any future case. The defendant actually filed a motion for a new trial under MCL 770.1, which was properly denied by the trial court for lack of merit. The application for leave to appeal was properly denied by the Court of Appeals.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

s1218